Certificate Number: 16339-PAE-DE-038076536

Bankruptcy Case Number: 14-01113



16339-PAE-DE-038076536

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 7, 2024, at 12:12 o'clock PM EST, Raymond Williams completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 7, 2024                By:     /s/Kelley Tipton

Name:   Kelley Tipton

Title:  Certified Financial Counselor