To Whom This May Concern,

My NAME - Raymond R Williams, I am writing this letter to seek Release of Funds.

Raymond R. Williams
BANKRUPTCY NO - 20-14011-AMC
CHECK NUMBER - 17257102
CHECK Amount - $149.75

Raymond R Williams
Royal R Will——
6544 N 12th ST
Phila PA 19126

MAR 6 2025

To Whom This May Concern,

My Name - Raymond R Williams, I am writing this letter to seek Release of Funds.

Raymond R. Williams
Bankruptcy No - 20-14011-AMC
Check Number - 17257102
Check Amount - $149.75

Raymond R Williams
Royal R Williams
6544 N 12th St
Phila PA 19126

MAR 6 2025

To Whom This May Concern:

My Name - Raymond R Williams, I am writing this letter to Seek Release of Funds.

Raymond R. Williams
Bankruptcy No - 20-14011-AMC
Check Number - 1725702
Check Amount - $149.75

Raymond R Williams -
Royal R Will_____ -
6544 N 12th ST
Phila PA 19126

To Whom This May Concern:

My Name - Raymond R Williams, I am writing this letter to seek Release of Funds.

Raymond R. Williams
Bankruptcy No - 20-14011-AMC
Check Number - 17257102
Check Amount - $149.75

Raymond R Williams
Royal R Williams
6544 N 12th St.
Phila PA 19126





