**IN THE UNITED STATES BANKRUPTCY**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RE:    Raymond Williams,                    :        Bk. No.: 20-14011- AMC

                                                          :

                                                          :

**ORDER**

AND NOW, this  11th  day of        April              2025,

Upon review of Debtor's Motion for Return of Property and any response thereto, it is hereby

ORDERED and DECREED that said Motion is Granted.  The Clerk of Court is hereby Ordered to

return Debtors'  funds, $49.75  to Raymond Williams at 6544 North 12th Street, Philadelphia,

19126 upon receipt of this order.

_____

Ashely M. Chan

Chief U.S. Bankruptcy Judge