United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                    Case No. 20-14011-amc
Raymond R. Williams                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                            User: admin                                         Page 1 of 1
Date Rcvd: Apr 11, 2025                  Form ID: pdf900                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2025:**

**Recip ID          Recipient Name and Address**
db              +  Raymond R. Williams, 6544 N. 12th Street, Philadelphia, PA 19126-3640

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 13, 2025                          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2025 at the address(es) listed below:

**Name**                                          **Email Address**
MICHAEL A. CIBIK
    on behalf of Debtor Raymond R. Williams help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
    on behalf of Debtor Raymond R. Williams michael@sadeklaw.com  sadeklaw@recap.email

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:   Raymond Williams,            :   Bk. No.: 20-14011- AMC
                                   :
                                   :

## ORDER

AND NOW, this 11th day of April 2025,

Upon review of Debtor's Motion for Return of Property and any response thereto, it is hereby ORDERED and DECREED that said Motion is Granted. The Clerk of Court is hereby Ordered to return Debtors' funds, $49.75 to Raymond Williams at 6544 North 12th Street, Philadelphia, 19126 upon receipt of this order.

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge