## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　　Raymond R. Williams | Chapter 13<br><br>Case No.20-14011-AMC |
| **Debtor** | |

# NOTICE OF COMPLETION OF PLAN PAYMENTS

　　Scott F. Waterman, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

　　The Trustee reports to the Court that the above-named Debtor(s) have completed all Trustee payments under the confirmed Chapter 13 plan. The Trustee requests that any wage order entered in this case be terminated and the employer cease wage withholding.

　　　　　　　　　　　　　　　　　　　　Office of the Chapter 13 Trustee

Date: August 25, 2025　　　　　　　By:　*/s/ Scott F. Waterman*
　　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esquire, Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　2901 St. Lawrence Avenue, Suite 100
　　　　　　　　　　　　　　　　　　　　Reading, PA  19606
　　　　　　　　　　　　　　　　　　　　(610)779-1313 (Phone)
　　　　　　　　　　　　　　　　　　　　(610)779-3637 fax