IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Raymond R. Williams | : | Bankruptcy No. 20-14011-AMC |
| Debtor(s) | : | Chapter 13 |

## **PRAECIPE**

Please withdraw Document #79, Chapter 13 Trustee's Notice of Completion of Plan Payments.  This document was filed in error.

Respectfully submitted,

Date:  August 26, 2025         */s Scott F. Waterman*
　　　　　　　　　　　　　　　Scott F. Waterman
　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　(610) 779-1313